

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 9:05:09 AM
CHRISTOPHER A. PRINE
Clerk

October 12, 2015

HONORABLE PAM DERBYSHIRE
CRIMINAL COUNTY COURT AT LAW #7
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: JOSE FLORES

Cause No 2012199

Court COUNTY CRIMINAL COURT AT LAW #7

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10/7/15
**Sentence Imposed Date:** 10/6/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

VANESSA OWENS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin P O Box 4651 Houston, Texas 77210-4651

Cause No. 2012199

THE STATE OF TEXAS

JOSE FLORES                    V.
_____, A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 7 ___

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __JOSE FLORES__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

- ☑ MOVES to withdraw 14|99u88
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

_____  
**Date**

JOSE FLORES  
**Defendant (Printed name)**

**FILED**  
Chris Daniel  
District Clerk  

OCT 07 2015  

Time:_____  
Harris County, Texas  
By_____  
Deputy

_Audrey Heath_  
**Attorney (Signature)**

Audrey Heath  
**Attorney (Printed name)**

09347400  
**State Bar Number**

5555 WEST LOOP SOUTH  
**Address**

(713) 526-4221  
**Telephone Number**

The defendant (check all that apply):

- ☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

- ☐ ASKS the Court to ORDER that a free record be provided to him

- ☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____  
**Defendant (Signature)**

JOSE FLORES  
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __10/6/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time

Δ has substantial assets per Δ-trucks, property, opts + signif. income

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED** / ~~**DENIED**~~  13/9/15

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

No Request for suspension of indigency by Δ or counsel.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☑ **SET** at $ __10,000__

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED __10/7/15__

JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO __7__,
HARRIS COUNTY, TEXAS

CAUSE NO. 2012199

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| vs. | § | COURT AT LAW NUMBER 7 |
| Jose Flores | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____ 10/5/15
Judge Presiding                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Texas R. App. P. 68.2. I acknowledge that if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Jose Abel Flores
Defendant                                      Defendant's Counsel

12122 McKamy Dr Houston, TX                   709347400
Mailing address:                              State Bar of Texas ID Number:   77401

281-802-9047                                  5555 W Loop South Bellaire, TX
Telephone number:                             Mailing address:

281-448-7473                                  (713) 526-4221
Fax number (if any):                          Telephone number:

FILED
Chris Daniel
District Clerk
OCT 06 2015
Time: _____
By _____
Harris County

832-200-1596
Fax number (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22                                                          12-04-2012

# APPEAL CARD

14ᵗʰ

12-6-15

Court 7

Cause No. 2012199

The State of Texas
Vs
Jose Flores

10-6-15

**Date Notice Of Appeal:** 10-7-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** James Anderson

**Court Reporter** Vanessa Owens

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Audley Heath

**Attorney on Appeal** To be determined

Appointed_____ Hired_____

**Offense** DWI 1st 7= 0.15

**Jury Trial** Yes ✓ No____

**Punishment Assessed** 120 days HCJ $1000 fine

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** $10,000

**Appellant Confined:** Yes ✓ No____

**Date Submitted To Appeal Section** 10/9/15

**Deputy Clerk** Gilliard